UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENNIE GIBSON,

                Plaintiff,

– against –

CITY OF NEW YORK, CAPTAIN GUIRDO, *and* CORRECTION OFFICER,

                Defendants.

**ORDER**

25-cv-06009 (ER)

Ramos, D.J.:

    The City of New York filed a letter on October 24, 2025, responding to the Court's August 25, 2025 *Valentin* Order, identifying two individuals, Correction Officer Leon Persaud and Captain Awais Ghauri, and requesting 30 days to respond to the operative complaint after Bennie Gibson files his amended complaint. Doc. 20.

    The City of New York's request is granted. In addition, Mr. Gibson is directed to file an amended complaint, naming the newly identified defendants, by November 24, 2025.

    It is SO ORDERED.

Dated:    October 24, 2025
              New York, New York

                                                Edgardo Ramos, U.S.D.J.