UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENNIE GIBSON,

                        Plaintiff,

– against –

CITY OF NEW YORK, CAPTAIN GUIRDO, *and*
CORRECTION OFFICER,

                        Defendants.

**ORDER**

25-cv-06009 (ER)

Ramos, D.J.:

      Bennie Gibson, who is proceeding *pro se*, filed a letter with the Court dated October 23, 2025, requesting additional time to amend his complaint and providing notice that effective October 16, 2026, his address changed to:

      Kirby Forensic Psychiatric Center
      102 Rivers Edge Road
      New York, NY 10035

      Doc. 22. The Court received Gibson's letter on November 7, 2025, and it was entered on the docket on November 12, 2025. *Id.*

      After Gibson's change of address but before the Court received Gibson's letter – on October 24, 2025 – the City of New York (the "City") had filed a letter responding to the Court's August 25, 2025 *Valentin* Order, identifying two individuals, Correction Officer Leon Persaud and Captain Awais Ghauri, and requesting 30 days to respond to the operative complaint after Gibson filed an amended complaint. Doc. 20. That same day, the Court issued an order granting the City's request and directing Gibson to file an amended complaint naming the newly identified defendants by November 24, 2025. Doc. 21. The Order and the City's letter were both mailed to Gibson's previous address.

Gibson's request for an extension of the deadline to amend his complaint is granted; he is now directed to file his amended complaint by December 15, 2025. The City's response is due within thirty days of the filing of the amended complaint.

In addition, to ensure that Gibson's change of address has not impeded his receipt of relevant filings, the City is directed to mail its October 24, 2025 letter to Gibson's new address. *See* Doc. 20. The Clerk of the Court is also respectfully requested to mail this Court's October 24, 2025 Order to the plaintiff at the address currently on file. *See* Doc. 21.

It is SO ORDERED.

Dated: November 14, 2025
New York, New York

Edgardo Ramos, U.S.D.J.

2