UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENNIE GIBSON,

                    Plaintiff,

            – against –

CITY OF NEW YORK, CAPTAIN GUIRDO, *and*
CORRECTION OFFICER,

                    Defendants.

**ORDER**

25-cv-06009 (ER)

Ramos, D.J.:

Bennie Gibson, who is proceeding *pro se*, filed a letter with the Court dated December 6, 2025, indicating that his amended complaint "may not happen" because he is attempting to retrieve a copy of his complaint from the intake of the facility in which he is currently being detained. Doc. 25 at 1. The Court understands Gibson's letter to be a request for an extension of his deadline for filing an amended complaint.

The request is granted. Gibson is directed to file his amended complaint by January 9, 2026. The Clerk of the Court is also respectfully requested to mail Gibson a copy of his original complaint, Doc. 1.

It is SO ORDERED.

Dated:    December 19, 2025
          New York, New York

_____
          Edgardo Ramos, U.S.D.J.