UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENNIE GIBSON,

     Plaintiff,

   – against –

CITY OF NEW YORK, CAPTAIN GUIRDO, *and*
CORRECTION OFFICER,

     Defendants.

**ORDER**

25-cv-06009 (ER)

Ramos, D.J.:

   Bennie Gibson, who is proceeding *pro se*, filed a letter with the Court dated December 31, 2025, that the Court understands to be a request for an extension of his deadline for filing an amended complaint.  Doc. 27.  The request is granted.  Gibson is directed to file his amended complaint by January 28, 2026.  The Clerk of the Court is also respectfully requested to mail Gibson a copy of this order.

   It is SO ORDERED.

Dated:  January 14, 2026
    New York, New York

                Edgardo Ramos, U.S.D.J.