UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENNIE GIBSON,

                Plaintiff,

           – *against* –

CITY OF NEW YORK, CAPTAIN GUIRDO, *and*
CORRECTION OFFICER,

                Defendants.

**ORDER**

25-cv-06009 (ER)

Ramos, D.J.:

    Bennie Gibson, who is proceeding *pro se*, filed a letter with the Court dated January 28, 2026, that the Court understands to be a request for an extension of his deadline for filing an amended complaint. Doc. 32. The request is granted. Mr. Gibson is directed to file his amended complaint by February 24, 2026. Mr. Gibson is advised that further requests for an extension of this deadline will not be granted absent good cause. The Clerk of the Court is also respectfully requested to mail Gibson a copy of this order.

    It is SO ORDERED.

Dated:    February 3, 2026
        New York, New York

                                        Edgardo Ramos, U.S.D.J.