UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENNIE GIBSON,

               Plaintiff,

– against –

CITY OF NEW YORK, *et al.*,

               Defendants.

**ORDER**

25-cv-06009 (ER)

Ramos, D.J.:

Bennie Gibson, who is proceeding *pro se*, filed a letter with the Court dated November 25, 2025, requesting additional time to amend his complaint. Doc. 35. The Court received the letter on February 18, 2026. *Id.* On February 10, 2026, Mr. Gibson also filed a motion for reconsideration of the Court's August 25, 2025, order, Doc. 8, which the Court received on February 18, 2026, Docs. 36, 37.

The request to extend the deadline to amend the complaint is denied as moot, because, since Mr. Gibson's November 25, 2025, letter, the Court has granted Mr. Gibson's subsequent requests to extend this deadline. *See* Docs. 26, 28, 33.

The motion for reconsideration is also denied because, even assuming that it was timely filed, it misunderstands the Court's August 25, 2025, order. Mr. Gibson seeks reconsideration because he asserts that he is entitled to bring a municipal liability claim pursuant to *Monell v. Department of Social Services*, 436 U.S. 658 (1978). But nothing in the Court's order prevents him from asserting a claim under that theory. In other words, the Court did not rule on the issue of *Monell* liability. Thus, the motion presents no basis for reconsideration.

In sum, the requests to extend the deadline to amend the complaint and reconsider the Court's August 25, 2025, order are DENIED. The Clerk of the Court is respectfully requested to

terminate the motion, Doc. 36, and mail Mr. Gibson a copy of this order.

It is SO ORDERED.

Dated:    February 24, 2026
          New York, New York

_____
Edgardo Ramos, U.S.D.J.

2