UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENNIE GIBSON,

                    Plaintiff,

            – against –

CITY OF NEW YORK, CAPTAIN GUIRDO, *and*
CORRECTION OFFICER,

                    Defendants.

**ORDER**

25-cv-06009 (ER)

Ramos, D.J.:

    Bennie Gibson, who is proceeding *pro se*, filed a letter and affidavit with the Court dated April 6, 2026.  Docs. 49, 50.  The letter is styled as a "notice of [a] motion in opposition to dismissal pursuant to Fed. R. Civ. [Proc.] 12(b)(6) [and] summary judgment."  Doc. 49 at 1.  The letter also indicates that Mr. Gibson seeks to further amend his complaint to include additional factual allegations, Doc. 49, which are described in the supporting affidavit, Doc. 50 at 2–3.  Mr. Gibson also requests a hearing regarding his requests.  Doc. 49 at 1.

    It appears that Mr. Gibson may be under the misapprehension that, in filing an answer, the City has moved to dismiss his case.  However, the City's answer is not a motion to dismiss; it is merely a response to the allegations in the amended complaint.  In other words, there is no motion to dismiss currently pending before the Court.  Therefore, Mr. Gibson need not file any opposition.  To the extent that Mr. Gibson seeks to further amend his complaint, his request will be considered at the conference presently scheduled for May 1, 2026.

    It is SO ORDERED.

Dated:    April 20, 2026
          New York, New York

_____
Edgardo Ramos, U.S.D.J.