UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENNIE GIBSON,

                Plaintiff,

      – against –

CITY OF NEW YORK, *et al.*,

             Defendants.

**<u>ORDER</u>**

25-cv-06009 (ER)

<u>Ramos, D.J.</u>:

Bennie Gibson, who is proceeding *pro se*, filed two letters with the Court dated June 20, and June 23, 2026. Docs. 68, 69. Both letters relate to a "request for extension" that Mr. Gibson filed on June 3, 2026. Doc. 62. The Court denied that request without prejudice to renewal on June 16, 2026, because it was not clear to the Court why Mr. Gibson sought to extend his deadline and thus whether Mr. Gibson had good cause for the request. Doc. 64. In his most recent letters, Mr. Gibson clarifies the basis for his extension request. In particular, he explains that, after he was granted leave to file an amended complaint, he was placed in "keeplock" and then transferred to a new facility. Docs. 68, 69.

Mr. Gibson's request to extend his deadline to file an amended complaint is therefore granted. Mr. Gibson is directed to file his second amended complaint by July 24, 2026.

The Clerk of the Court is respectfully directed to mail Mr. Gibson a copy of this order.

It is SO ORDERED.

Dated:   July 2, 2026
         New York, New York

                                   _____
                                   Edgardo Ramos, U.S.D.J.